VAZQUEZ *v.* EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Mayagüez.

No. 10.—Resuelto en Diciembre 15, 1904.

DOMINIO—DOCUMENTO AUTÉNTICO—DESCRIPCIÓN.—Una certificación expedida por el Secretario de una Corte de Distrito, en la que conste la descripción de una finca objeto de una información de dominio, es un documento auténtico á los efectos de la inscripción y de lo dispuesto en el art. 3 de la Ley Hipotecaria.

ID.—AUTO APROBANDO UNA INFORMACIÓN.—Si en el auto aprobando una informa-

ción de dominio no constare el procedimiento seguido para acreditar el dominio de la finca de que se trate, carece el documento de los elementos necesarios para que pueda verificarse la inscripción con los requisitos que exije el art. 440 de la Ley Hipotecaria, no siendo por consiguiente inscribible.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por Don Fernando Vazquez contra nota denegatoria del Registrador de la Propiedad sustituto de Mayagüez á inscribir el auto aprobatorio de una información judicial para acreditar el dominio de una finca rústica.

*Resultando*: que promovido por Don Fernando Vazquez Morales informativo de dominio de una finca rústica, en el Tribunal de Distrito del Distrito de Mayagüez, dictó el Juez con fecha treinta y uno de Agosto último, un auto que literalmente dice así:

"Oida esta moción, la Corte es de opinión que en este caso la ley y los hechos están á favor del peticionario y debe declarar y declara el dominio de la finca que se describe en el escrito de promoción, á favor del promovente Fernando Vazquez Morales, por estar plenamente acreditado."

y que presentada en el Registro de la Propiedad de Mayagüez, para la inscripción de la finca de referencia, una certificación librada por el Secretario de dicha Corte del auto de aprobación, de treinta y uno de Agosto, en la que se insertaba además, con referencia al escrito de promoción del informativo, la descripción de la finca, denegó el Registrador la inscripción solicitada, por los motivos que expresa la nota puesta al dorso de la certificación presentada, y cuya nota copiada á la letra dice así:

"No admitida la inscripción del precedente documento por los efectos de no aparecer descrita la finca en la resolución de la Corte declarando el dominio de ella y de no constar en el documento el procedimiento que se ha seguido, lo que impide calificar dicho docu-

mento, el cual tampoco contiene los requisitos que han de consignarse en la inscripción y que exige la Ley Hipotecaria, tomándose en su lugar la anotación preventiva que determina la Ley de la Asamblea Legislativa de esta Isla sobre recursos de los Registradores de la Propiedad y tendrá efecto legal durante ciento veinte dias de esta fecha al folio 54 del tomo 58 de esta Ciudad, finca No. 2,770, anotación letra 'A.' Mayagüez 23 de Setiembre de 1904.—El Registrador sustituto.— José E. Benedicto.''

*Resultando*: que no estando conforme con la negativa del Registrador, el promovente del informativo Don Fernando Vazquez, compareció por escrito dentro del término legal ante este Tribunal Supremo interponiendo el presente recurso gubernativo, para que se revoque dicha nota y se le ordene al Registrador que inscriba el documento presentado; habiendo comparecido también por escrito el Registrador de la Propiedad, alegando á su vez las razones que estimó pertinentes para justificar su negativa.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando:* que aparte de la descripción de la finca que obra inserta en la certificación librada por el Secretario de la Corte de Distrito de Mayagüez, con referencia al escrito de promoción del informativo y que constituye un documento auténtico á los efectos de la inscripción, con arreglo al artículo 3°. de la Ley Hipotecaria vigente en esta Isla, es evidente que no constando en el auto dictado por el Juez de la referida Corte de Distrito el procedimiento seguido para acreditar el dominio de la finca rústica de que se trata, carece el documento presentado de los elementos necesarios para que el Registrador pueda verificar la inscripción con los requisitos que prescribe el artículo 440 del Reglamento de la misma Ley Hipotecaria.

*Considerando:* que adoleciendo el auto de aprobación del informativo de defectos tan sustanciales no procede inscribir el dominio de la finca de que se trata.

Vistas las disposiciones legales citadas.

*Se confirma la negativa* del Registrador de la Propiedad sustituto de Mayagüez á inscribir el documento de referencia y que ha dado motivo al presente recurso, y devuálvasele con cópia certificada de la presente resolución para su conocimiento y el del interesado y á los demás efectos legales que sean procedentes.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.